The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC, an Ohio limited liability company, as Administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner Preservation Trust Series AHP Servicing,<br><br>Plaintiff,<br><br>v.<br><br>OAK HARBOR CAPITAL, LLC, a Delaware limited liability company; LAND HOME FINANCIAL SERVICES, INC., a California Corporation; ATLANTICA, LLC, a Delaware limited liability company; MAGERICK, LLC, a Delaware limited liability company; WILLIAM WEINSTEIN, an individual; WWR MANAGEMENT, LLC, a Delaware limited liability company; WESTERN ALLIANCE BANK, an Arizona Corporation; BANNER BANK, a Washington Bank Corporation; BRADLEY WAITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:25-cv-00007-KKE<br><br>**ORDER ON JOINT STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT** |

NOW COME all parties through their undersigned counsel, and for their Joint Stipulated Motion to Extend the Date for Submission of their Joint Status Report until after Ruling on pending motions to dismiss, stay, and consolidate, state as follows:

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT - 1
Case No. 25-cv-00007-KKE

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

This case was transferred to this Court from the United States District Court for the Central District of California on December 31, 2024, and received by this Court on January 2, 2025. *See* Dkt. 58 and 59, respectively.

On January 7, 2025, this Court entered an Order Regarding Initial Disclosures and Joint Status Report, setting the FRCP 26(f) Conference Deadline for January 28, 2025, the Initial Disclosure Deadline for February 11, 2025, and the deadline for the parties' Joint Status Report for February 18, 2025. *See* Dkt. 65. The parties held a conference pursuant to Rule 26(f) on February 3, 2025, during which the parties discussed the impact of pending motions on deadlines proposed in a joint status report. The pending motions are:

- Defendants' Motion to Consolidate pending in the *Cymbidium* action, Case No. 2:24-cv-00025-KKE, which is fully briefed (Dkt. 74, 76, 82);
- Western Alliance Bank's Motion to Dismiss filed on January 30, 2025 (Dkt. 74); and
- Western Alliance Bank's Motion to Stay Pending Adjudication of Parallel, First-Filed Action (Dkt. 75).

("Pending Motions").

During the Rule 26(f) conference, the other defendants also indicated that they would be filing a Motion to Dismiss.

Based on the foregoing, the parties agree that the date for submission of a Joint Status Report should be extended to after ruling on the Pending Motions and request the Court enter an order extending the date for submission of the parties' Joint Status Report to after ruling on the Pending Motions.

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT - 2
Case No. 25-cv-00007-KKE

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   STIPULATED and AGREED TO this 14th day of February, 2025.

2   CORR CRONIN LLP                                BYRNES KELLER CROMWELL LLP

3   *s/ Jeffrey B. Coopersmith*                    *s/ Bradley S. Keller*
    Jeffrey B. Coopersmith, WSBA No. 30954         Bradley S. Keller, WSBA No. 10665
4   Eric A. Lindberg, WSBA No. 43596               M. Victoria Molina, WSBA No. 62109
    1015 Second Avenue, Floor 10                   1000 Second Avenue, 38th Floor
5   Seattle, Washington 98104-1001                 Seattle, WA 98104
    Ph: (206) 625-8600                             Ph: (206) 622-2000
6   jcoopersmith@corrcronin.com                    bkeller@byrneskeller.com
    elindberg@corrcronin.com                       mvmolina@byrneskeller.com

    KMA ZUCKERT LLP                                *Attorneys for Defendants Oak Harbor Capital;
                                                   Land Home Financial Services; Atlantica;
    *s/ Brian J. Benoit*                           Magerick; William Weinstein, WWR
    Brian J. Benoit (admitted *pro hac vice*)      Management; and Bradley Waite*
    227 West Monroe Street, Suite 3650
    Chicago, Illinois 60606                        BALLARD SPAHR LLP
    Ph: (312) 345-3065
    bbenoit@kmazuckert.com                         *s/ Taylor Washburn*
                                                   Taylor Washburn, WSBA #51524
    *Attorneys for Plaintiff AHP Capital           1420 Fifth Avenue, Suite 4200
    Management LLC*                                P.O. Box 91302
                                                   Seattle, Washington 98111-9402
                                                   206.223.7000
                                                   206.223.7107 (Fax)
                                                   washburnt@ballardspahr.com

                                                   Craig Solomon Ganz (pro hac vice)
                                                   2029 Century Park East, Suite 800
                                                   Los Angeles, California 90067
                                                   602-798-5400
                                                   602-798-5595 (Fax)
                                                   ganzc@ballardspahr.com

                                                   Mitchell Lee Turbenson (pro hac vice)
                                                   Helen Hitz (pro hac vice)
                                                   1 East Washington Street, Suite 2300
                                                   Phoenix, Arizona 85004
                                                   602-798-5467
                                                   Fax: 602-798-5595
                                                   turbensonm@ballardspahr.com
                                                   hitzh@ballardspahr.com

                                                   *Attorneys for Defendant Western Alliance Bank*

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT - 3
Case No. 25-cv-00007-KKE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

DATED this 14th day of February, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT - 4
Case No. 25-cv-00007-KKE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900