The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AHP CAPITAL MANAGEMENT LLC, an Ohio limited liability company, as Administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner Preservation Trust Series AHP Servicing,

Plaintiff,

v.

OAK HARBOR CAPITAL, LLC, a Delaware limited liability company; LAND HOME FINANCIAL SERVICES, INC., a California Corporation; ATLANTICA, LLC, a Delaware limited liability company; MAGERICK, LLC, a Delaware limited liability company; WILLIAM WEINSTEIN, an individual; WWR MANAGEMENT, LLC, a Delaware limited liability company; WESTERN ALLIANCE BANK, an Arizona Corporation; BANNER BANK, a Washington Bank Corporation; BRADLEY WAITE, an individual; and DOES 1-50, inclusive,

Defendants.

NO. 2:25-cv-00007-KKE

CERTAIN DEFENDANTS' UNOPPOSED MOTION EXTENDING TIME FOR THEM TO RESPOND TO COMPLAINT AND ORDER

Prior to transfer, the Central District of California ordered that all deadlines regarding all Defendants' responses to the complaint were extended by 31 days after resolution of the motions to transfer or stay. Dkt. 32. The Central District of California resolved those motions on December 31, 2024. Dkt. 58.

Following transfer of this case to the Western District of Washington, Defendant Western Alliance Bank filed a motion to dismiss and a motion to stay on January 31, 2025. Dkts. 74, 75.

The Moving Defendants[1] did not file a motion or answer the complaint. On February 5, Plaintiffs sent an LCR 55 letter to counsel for the Moving Defendants.

The Moving Defendants and Plaintiffs met and conferred on February 10, 2025, during which the Moving Defendants indicated that they would be filing a motion to dismiss the RICO and certain other claims, and they requested that Plaintiffs agree to a 30-day extension.  Plaintiffs responded that they would not oppose such an extension, but requested that the Moving Defendants prepare a stipulation. The Moving Defendants provided a proposed stipulation on February 27, 2025, which after incorporating Plaintiffs' requested revisions is this unopposed motion.

Moving Defendants hereby request that the time for them to respond to the complaint by filing their motion to dismiss be extended until March 14.

Defendant Western Alliance Bank does not oppose this motion.

Plaintiffs do not oppose the Moving Defendants' motion as a matter of professional courtesy and in the interest of resolving disputes to the extent possible without Court intervention.

///
///
///
///
///
///
///

---

[1] "Moving Defendants" are the following defendants (i) Oak Harbor Capital, LLC; (ii) Land Home Financial Services, Inc.; (iii) Atlantica, LLC; (iv) Magerick, LLC; (v) William Weinstein; (vi) WWR Management, LLC; and (vii) Bradley Waite.

UNOPPOSED MOTION AND ORDER - 2

STIPULATED and AGREED TO this 28th day of February, 2025.

CORR CRONIN LLP

By: /s/ Jeffrey B. Coopersmith
    Jeffrey B. Coopersmith, WSBA No. 30954
    Eric A. Lindberg, WSBA No. 43596
    1015 Second Avenue, Floor 10
    Seattle, Washington 98104-1001
    Telephone: (206) 625-8600
    jcoopersmith@corrcronin.com
    elindberg@corrcronin.com

KMA ZUCKERT LLP

By: /s/ Brian J. Benoit
    Brian J. Benoit (*pro hac vice*)
    227 West Monroe Street, Suite 3650
    Chicago, Illinois 60606
    Telephone: (312) 345-3065
    bbenoit@kmazuckert.com

**Attorneys for Plaintiff AHP Capital Management LLC**

BYRNES KELLER CROMWELL LLP

By: /s/ Bradley S. Keller
    Bradley S. Keller, WSBA No. 10665
    M. Victoria Molina, WSBA No. 62109
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    bkeller@byrneskeller.com
    mvmolina@byrneskeller.com

**Attorneys for Defendants Oak Harbor Capital; Land Home Financial Services; Atlantica; Magerick; William Weinstein, WWR Management; and Bradley Waite**

BALLARD SPAHR LLP

By: /s/ Taylor Washburn
    Taylor Washburn, WSBA No. 51524
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone: (206) 223-7000
    washburnt@ballardspahr.com

Craig Solomon Ganz (*pro hac vice*)
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: (602) 798-5400
ganzc@ballardspahr.com

Mitchell Lee Turbenson (*pro hac vice*)
Helen Hitz (*pro hac vice*)
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602)798-5467
turbensonm@ballardspahr.com
hitzh@ballardspahr.com

**Attorneys for Defendant Western Alliance Bank**

UNOPPOSED MOTION AND ORDER - 3

**ORDER**

The unopposed motion (Dkt. No. 91) is GRANTED. The Moving Defendants shall respond to the complaint no later than March 14, 2025.

DATED this 28th day of February, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

UNOPPOSED MOTION AND ORDER - 4