The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC, an Ohio limited liability company, as Administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner Preservation Trust Series AHP Servicing,<br><br>Plaintiff,<br><br>v.<br><br>OAK HARBOR CAPITAL, LLC, a Delaware limited liability company; LAND HOME FINANCIAL SERVICES, INC., a California Corporation; ATLANTICA, LLC, a Delaware limited liability company; MAGERICK, LLC, a Delaware limited liability company; WILLIAM WEINSTEIN, an individual; WESTERN ALLIANCE BANK, an Arizona Corporation; BRADLEY WAITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:25-cv-00007-KKE<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 12, 2025** |

All parties, through their undersigned counsel, hereby stipulate and agree as follows:

On August 1, 2025, Plaintiff filed its Amended Complaint. Pursuant to Rule 15(a)(3), Defendants' current deadline to respond to the Amended Complaint is August 15, 2025.

The parties held a Rule 26(f) conference on July 22, 2025, prior to the Amended Complaint being filed, during which Defendants indicated they intended to file a motion to dismiss the

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE
(Case No. 25-cv-00007-KKE) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Amended Complaint and requested that Plaintiff agree to a 30-day extension to the deadline to respond and possibly a modified briefing schedule.

Plaintiff requested time to confer. On August 4, 2025, Defendants followed up on the request and Plaintiff confirmed that it would agree to a modified briefing schedule, including the 30-day extension to file the motions to dismiss.

Accordingly, the parties hereby stipulate and request that the Court adopt the following briefing schedule for the anticipated motions to dismiss:

- Deadline to file Motions to Dismiss: September 2, 2025
- Deadline to file Opposition: September 30, 2025
- Deadline to file Replies: October 14, 2025

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE
(Case No. 25-cv-00007-KKE) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**STIPULATED** and **AGREED TO** this 12th day of August, 2025.

| | |
|---|---|
| **CORR CRONIN LLP** | **BYRNES KELLER CROMWELL LLP** |
| By: */s/ Eric A. Lindberg* <br> Jeffrey B. Coopersmith, WSBA No. 30954 <br> Eric A. Lindberg, WSBA No. 43596 <br> 1015 Second Avenue, Floor 10 <br> Seattle, Washington 98104-1001 <br> Ph: (206) 625-8600 <br> jcoopersmith@corrcronin.com <br> elindberg@corrcronin.com | By: */s/ M. Victoria Molina* <br> Bradley S. Keller, WSBA No. 10665 <br> M. Victoria Molina, WSBA No. 62109 <br> 1000 Second Avenue, 38th Floor <br> Seattle, WA 98104 <br> Ph: (206) 622-2000 <br> bkeller@byrneskeller.com <br> mvmolina@byrneskeller.com |
| **KMA ZUCKERT LLP** | ***Attorneys for Defendants Oak Harbor Capital; Land Home Financial Services; Atlantica; Magerick; William Weinstein, WWR Management; and Bradley Waite*** |
| Brian J. Benoit (admitted *pro hac vice*) <br> 227 West Monroe Street, Suite 3650 <br> Chicago, Illinois 60606 <br> Ph: (312) 345-3065 <br> bbenoit@kmazuckert.com | **BALLARD SPAHR LLP** |
| ***Attorneys for Plaintiff AHP Capital Management LLC*** | By: */s/ Mitchell Lee Turbenson* <br> Mitchell Lee Turbenson (pro hac vice) <br> Helen Hitz (pro hac vice) <br> 1 East Washington Street, Suite 2300 <br> Phoenix, Arizona 85004 <br> 602-798-5467 <br> Fax: 602-798-5595 <br> turbensonm@ballardspahr.com <br> hitzh@ballardspahr.com |
| | Craig Solomon Ganz (pro hac vice) <br> 2029 Century Park East, Suite 800 <br> Los Angeles, California 90067 <br> 602-798-5400 <br> 602-798-5595 (Fax) <br> ganzc@ballardspahr.com |
| | Taylor Washburn, WSBA #51524 <br> 1420 Fifth Avenue, Suite 4200 <br> P.O. Box 91302 <br> Seattle, Washington 98111-9402 <br> 206.223.7000 <br> 206.223.7107 (Fax) <br> washburnt@ballardspahr.com |
| | ***Attorneys for Defendant Western Alliance Bank*** |

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE (Case No. 25-cv-00007-KKE) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 111) and ORDERS as follows:

Defendants' deadline to file motions to dismiss the Amended Complaint is extended to September 2, 2025.

The following briefing schedule shall apply:

- Motions to Dismiss Due: September 2, 2025
- Oppositions Due: September 30, 2025
- Replies Due: October 14, 2025

DATED this 12th day of August, 2025.

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE (Case No. 25-cv-00007-KKE) - 4

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000