The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AHP CAPITAL MANAGEMENT LLC, an Ohio limited liability company, as Administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner Preservation Trust Series AHP Servicing,

Plaintiff,

v.

OAK HARBOR CAPITAL, LLC, a Delaware limited liability company; LAND HOME FINANCIAL SERVICES, INC., a California Corporation; ATLANTICA, LLC, a Delaware limited liability company; MAGERICK, LLC, a Delaware limited liability company; WILLIAM WEINSTEIN, an individual; WWR MANAGEMENT, LLC, a Delaware limited liability company; WESTERN ALLIANCE BANK, an Arizona Corporation; BANNER BANK, a Washington Bank Corporation; BRADLEY WAITE, an individual; and DOES 1-50, inclusive,

Defendants.

NO. 2:25-cv-00007-KKE

DEFENDANTS' UNOPPOSED MOTION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND ORDER

On August 18, 2025, Plaintiff filed a Joint Motion for Order Granting Leave to Withdraw as Counsel for Plaintiff. Dkt. No. 113. That motion is noted for hearing on September 8, 2025.

Because of that joint motion, and because of the uncertainty that now exists regarding whether replacement counsel will be appearing for Plaintiff and the potential implications of the Plaintiff entity being unrepresented, all Defendants request that the deadline for them to file their

motions to dismiss, or otherwise respond to the Amended Complaint be extended from September 2, 2025, to September 16, 2025.[1] This short extension will not prejudice any party and is requested to defer the due date until after it will be known whether withdrawal is going to be permitted, whether replacement counsel is obtained, and the implications on the case if the Plaintiff entity is unrepresented.

Counsel for Plaintiff has been consulted and does not oppose this motion as a matter of professional courtesy.

---

[1] If Plaintiff's counsel's pending motion to withdraw is granted, and if replacement counsel have not appeared for Plaintiffs by September 9, Defendants will be requesting a further extension regarding the due date for any motions to dismiss or other response to the Amended Complaint.
ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

DEFENDANTS' UNOPPOSED MOTION EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT
(NO. 2:25-cv-00007-KKE) - 2

DATED and AGREED TO this 20th day of August, 2025.

BYRNES KELLER CROMWELL LLP

By: /s/ M. Victoria Molina
Bradley S. Keller, WSBA No. 10665
M. Victoria Molina, WSBA No. 62109
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
mvmolina@byrneskeller.com

*Attorneys for Defendants Oak Harbor Capital; Land Home Financial Services; Atlantica; Magerick; William Weinstein, WWR Management; and Bradley Waite*

BALLARD SPAHR LLP

By: /s/ Mitchell Lee Turbenson
Taylor Washburn, WSBA No. 51524
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
washburnt@ballardspahr.com

Craig Solomon Ganz (*pro hac vice*)
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: (602) 798-5400
ganzc@ballardspahr.com

Mitchell Lee Turbenson (*pro hac vice*)
Helen Hitz (*pro hac vice*)
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602)798-5467
turbensonm@ballardspahr.com
hitzh@ballardspahr.com

*Attorneys for Defendant Western Alliance Bank*

DEFENDANTS' UNOPPOSED MOTION EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT
(NO. 2:25-cv-00007-KKE) - 3

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

# ORDER

The Court GRANTS Defendants' unopposed motion to extend their deadline to respond to the amended complaint. Dkt. No. 114. The Court VACATES the deadline previously set (Dkt. No. 112) and ORDERS Defendants to respond to the amended complaint no later than September 16, 2025.

DATED this 20th day of August, 2025.

Kymberly K. Evanson
United States District Judge