The Honorable Kymberly K. Evanson

1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8

9   AHP CAPITAL MANAGEMENT LLC, an Ohio
    limited liability company, as Administrator of         NO. 2:25-cv-00007-KKE
    American Homeowner Preservation Trust Series
10  2015A+ and American Homeowner Preservation
    Trust Series AHP Servicing,                            DEFENDANTS' UNOPPOSED MOTION
11                                                         EXTENDING ALL CASE DEADLINES
                                      Plaintiff,
12

13      v.

    OAK HARBOR CAPITAL, LLC, a Delaware
14  limited liability company; LAND HOME
    FINANCIAL SERVICES, INC., a California
15  Corporation; ATLANTICA, LLC, a Delaware
    limited liability company; MAGERICK, LLC, a
16  Delaware limited liability company; WILLIAM
    WEINSTEIN, an individual; WWR
17  MANAGEMENT, LLC, a Delaware limited
    liability company; WESTERN ALLIANCE
18  BANK, an Arizona Corporation; BANNER
    BANK, a Washington Bank Corporation;
19  BRADLEY WAITE, an individual; and DOES
    1-50, inclusive,
20
                                      Defendants.
21

22          Defendants request an order extending all case deadlines, including the current

23  September 16, 2025, deadline for Defendants to answer or otherwise respond to the Amended

24  Complaint.  All of Plaintiff's counsel have filed a motion seeking permission to withdraw (Dkt.

25  113).  That motion is noted for hearing on September 8, 2025.  Under LCR 83.2(b)(4), a business

26  entity "must be represented by counsel," and "[f]ailure to obtain a replacement attorney by the

1    date the withdrawal is effective may result in the dismissal of the business entity's claims for

2    failure to prosecute." Because Plaintiff's current counsel has moved to withdraw, and all three

3    law firms of record for Plaintiff seek to terminate their representation, whether or not this case

4    will be proceeding is uncertain at this time.

5         Defendants should not be required to expend the time or incur the significant expense

6    associated with renewing their prior motions to dismiss, or complying with other case schedule

7    events, when the pending withdrawal of counsel makes it unknown and uncertain regarding

8    whether replacement counsel will be appearing and whether this case will be proceeding.

9         While Plaintiff does not join in this motion, Plaintiff has indicated that it will not oppose

10   it, and a copy of this motion was provided to Plaintiff's counsel before it was filed.

11        Accordingly, Defendants request the following relief:

12        1.    The deadline for Defendants to answer or otherwise respond to the Amended

13              Complaint should be extended. Defendants should not have to answer or

14              otherwise respond to the Amended Complaint at this time. If withdrawal is

15              allowed and replacement counsel subsequently appears, the deadline should be 30

16              days after the appearance of replacement counsel.

17        2.    All other case deadlines should be stayed until further court order. If Plaintiff's

18              counsel is allowed to withdraw and replacement counsel appears, the case

19              deadlines should be revisited at that time.

20        This extension will facilitate orderly case management, avoid prejudice and potential

21   unnecessary expense and inconvenience to Defendants resulting from the pending withdrawal

22   motion, and fairly address the uncertainty that exists arising from the potential withdrawal of

23   Plaintiff's counsel.

24

25

26

1      DATED this 5th day of September, 2025.

2  BYRNES KELLER CROMWELL LLP

3

4  By: /s/ Bradley S. Keller
       Bradley S. Keller, WSBA No. 10665

5  By: /s/ M. Victoria Molina
6       M. Victoria Molina, WSBA No. 62109
       1000 Second Avenue, 38th Floor
       Seattle, WA 98104
7       Telephone:  (206) 622-2000
       bkeller@byrneskeller.com
8       mvmolina@byrneskeller.com

9  *Attorneys for Defendants Oak Harbor Capital; Land Home Financial Services; Atlantica; Magerick; William Weinstein, WWR Management; and Bradley Waite*

10

11  BALLARD SPAHR LLP

12

13  By: /s/ Mitchell Lee Turbenson
       Taylor Washburn, WSBA No. 51524
14       1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
15       Seattle, Washington 98111-9402
       Telephone:  (206) 223-7000
16       washburnt@ballardspahr.com

17       Craig Solomon Ganz (*pro hac vice*)
       2029 Century Park East, Suite 800
18       Los Angeles, California 90067
       Telephone:  (602) 798-5400
19       ganzc@ballardspahr.com

20       Mitchell Lee Turbenson (*pro hac vice*)
       Helen Hitz (*pro hac vice*)
21       1 East Washington Street, Suite 2300
       Phoenix, Arizona 85004
22       Telephone:  (602)798-5467
       turbensonm@ballardspahr.com
23       hitzh@ballardspahr.com

    *Attorneys for Defendant Western Alliance Bank*
24

25

26

DEFENDANTS' UNOPPOSED MOTION EXTENDING ALL CASE
DEADLINES (NO. 2:25-cv-00007-KKE) - 3

**ORDER**

1.     The Court GRANTS Defendants' unopposed motion.  Dkt. No. 117.

2.     The deadline for Defendants to answer or otherwise respond to the Amended Complaint is VACATED.  *See* Dkt. No. 115.  Defendants do not have to answer or otherwise respond to the Amended Complaint at this time.  If withdrawal is allowed and replacement counsel subsequently appears, the deadline for Defendants to answer or otherwise respond to the Amended Complaint is 30 days after the appearance of replacement counsel.

2.     All other case deadlines are VACATED as well.  Dkt. No. 110.  If Plaintiff's counsel is allowed to withdraw and replacement counsel appears, the case schedule and deadlines will be revisited at that time.

DATED this 9th day of September, 2025.


Kymberly K. Evanson
United States District Judge