UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>OAK HARBOR CAPITAL LLC, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C25-0007-KKE<br><br>ORDER LIFTING STAY AND SETTING DEADLINE TO RESPOND TO THE AMENDED COMPLAINT |

　　　　In light of uncertainty about whether this case would continue to be prosecuted after the withdrawal of Plaintiff's former counsel, the Court suspended Defendants' deadline to respond to the amended complaint and stayed the case. Dkt. Nos. 117, 118. Now that replacement counsel has appeared for Plaintiff (Dkt. No. 121), the Court LIFTS the stay and reinstates a deadline for Defendants to respond to the amended complaint. Defendants shall respond no later than November 17, 2025.

　　　　Dated this 20th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_Kymberly K. Evanson_
　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER LIFTING STAY AND SETTING DEADLINE TO RESPOND TO THE AMENDED COMPLAINT - 1