The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC, an Ohio limited liability company, as Administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner Preservation Trust Series AHP Servicing,<br><br>Plaintiff,<br><br>v.<br><br>OAK HARBOR CAPITAL, LLC, a Delaware limited liability company; LAND HOME FINANCIAL SERVICES, INC., a California Corporation; ATLANTICA, LLC, a Delaware limited liability company; MAGERICK, LLC, a Delaware limited liability company; WILLIAM WEINSTEIN, an individual; WESTERN ALLIANCE BANK, an Arizona Corporation; BRADLEY WAITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:25-cv-00007-KKE<br><br>STIPULATED MOTION AND ORDER REGARDING FILING AND BRIEFING SCHEDULE CONCERNING DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS |

**STIPULATION**

Following the appearance of replacement counsel for plaintiff, the Court lifted a stay that was in place and set November 17, 2025, as a deadline for defendants to respond to the amended complaint (Dkt. 122). After conferring, the parties have agreed to file this stipulated motion requesting that the Court revise that deadline and establish a slightly more elongated briefing

STIPULATED MOTION REGARDING FILING
AND BRIEFING SCHEDULE CONCERNING
DEFENDANTS' MOTIONS TO DISMISS
(Case No. 25-cv-00007-KKE) - 1

schedule as follows:

| EVENT | NEW DEADLINE |
|---|---|
| Deadline for defendants to respond to the amended complaint. Any motions to dismiss shall be noted for hearing on January 16, 2026 | November 24, 2025 |
| Deadline for plaintiff's oppositions to any motions to dismiss | December 29, 2025 |
| Deadline for defendants' replies in further support of any motions to dismiss | January 16, 2026 |

DATED this 7th day of November, 2025.

BAILEY DUQUETTE PC

By: */s/ Hozaifa Y. Cassubhai*
Hozaifa Y. Cassubhai, WSBA #39512
William R. Burnside, WSBA #36002
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
Telephone: (206) 225-2250
hozaifa@baileyduquette.com
will@baileyduquette.com

**Attorneys for Plaintiff AHP Capital Management LLC**

BYRNES KELLER CROMWELL LLP

By: */s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665
M. Victoria Molina, WSBA No. 62109
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
mvmolina@byrneskeller.com

**Attorneys for Defendants Oak Harbor Capital; Land Home Financial Services; Atlantica; Magerick; William Weinstein; and Bradley Waite**

| | |
|---|---|
| 1 | BALLARD SPAHR LLP |
| 2 | By: /s/ Mitchell Lee Turbenson |
| |    Mitchell Lee Turbenson (*pro hac vice*) |
| 3 |    Helen Hitz (pro hac vice) |
| |    1 East Washington Street, Suite 2300 |
| 4 |    Phoenix, Arizona 85004 |
| |    Telephone: (602) 798-5467 |
| 5 |    turbensonm@ballardspahr.com |
| |    hitzh@ballardspahr.com |

Craig Solomon Ganz (*pro hac vice*)
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: (602) 798-5400
ganzc@ballardspahr.com

Taylor Washburn, WSBA #51524
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223.7000
washburnt@ballardspahr.com

***Attorneys for Defendant Western Alliance Bank***

STIPULATED MOTION REGARDING FILING
AND BRIEFING SCHEDULE CONCERNING
DEFENDANTS' MOTIONS TO DISMISS
(Case No. 25-cv-00007-KKE) - 3

## ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 124) as follows:

1. Defendants' responses to Plaintiff's amended complaint shall be due by November 24, 2025. Any motions to dismiss the amended complaint shall be noted for January 16, 2026.

2. Plaintiff's oppositions regarding any motions to dismiss shall be filed by December 29, 2025.

3. Defendants' replies regarding any motions to dismiss shall be filed by January 16, 2026.

DATED this 7th day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION REGARDING FILING
AND BRIEFING SCHEDULE CONCERNING
DEFENDANTS' MOTIONS TO DISMISS
(Case No. 25-cv-00007-KKE) - 4