UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>OAK HARBOR CAPITAL LLC, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-0007-KKE<br><br>NOTICE OF INTENT TO HOLD MOTIONS IN ABEYANCE |

This case is related to *Cymbidium Restoration Trust v. American Homeowner Preservation Trust Series AHP Servicing*, No. 2:24-cv-0025-KKE (W.D. Wash.) ("*Cymbidium* action"). In the *Cymbidium* action, the Court vacated a trial date to allow the parties to brief dispositive motions, the resolution of which may impact, streamline, or clarify the issues in this case.

To promote efficiency and attempt to avoid duplication of effort, the Court thus intends to hold the pending renewed motions to dismiss in this action (Dkt. No. 126, 127) in abeyance, to allow sufficient time to resolve the forthcoming dispositive motions in the *Cymbidium* action before turning to the motions pending in this related case. After resolution of the dispositive motions in the *Cymbidium* action, the Court will seek the parties' input as to whether the motions

NOTICE OF INTENT TO HOLD MOTIONS IN ABEYANCE - 1

to dismiss in this action should be considered at that time, whether they should be considered at a later point vis a vis the *Cymbidium* action, and/or whether they require supplemental briefing.

No later than March 13, 2026, the parties may file objections to the Court's proposed course of action or request a scheduling conference to discuss this with the Court.

Dated this 2nd day of March, 2026.

Kymberly K. Evanson
United States District Judge

NOTICE OF INTENT TO HOLD MOTIONS IN ABEYANCE - 2